**DISMISS and Opinion Filed November 24, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00464-CV

**SHARON MACDONELL, Appellant**

**V.**

**CGI FRANCHISE SYSTEMS, INC.,
WWEX UNI TOPCO HOLDINGS, LLC, DAVID KIGER,
AND ROGER MACDONELL, Appellees**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-02517**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Evans
Opinion by Justice Evans

Before the Court is the parties' agreed motion to dismiss the appeal. We grant

the motion and dismiss the appeal.

/David Evans/
DAVID EVANS
JUSTICE

200464F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

SHARON MACDONELL, Appellant

No. 05-20-00464-CV      V.

CGI FRANCHISE SYSTEMS, INC.,
WWEX UNI TOPCO HOLDINGS,
LLC, DAVID KIGER, AND
ROGER MACDONELL, Appellees

On Appeal from the 116th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-18-02517.
Opinion delivered by Justice Evans.
Justices Partida-Kipness and
Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered November 24, 2020